**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

MOHAMMED ANWO                          :
                                       :
    Petitioner,                         :          Crim. No. 01-379(DRD)
                                       :
    v.                                  :          **O R D E R**
                                       :
UNITED STATES OF AMERICA               :
                                       :
    Respondent.                         :
_____:

    Petitioner, Mohammed Anwo, having filed on December 21, 2008 a Motion to Reduce

Sentence Pursuant to 18 U.S.C. § 3582(c)(2);

    IT is this 6¹ᵗʰ day of January, 2009;

    **ORDERED as follows:**

    1.  The motion shall be set down for disposition on the papers on March 2, 2009;

    2.  The government shall respond to the motion on or before February 9, 2009;

    3.  Petitioner may, if he elects to do so, file and serve a response to the motion on or

before March 2, 2009.

                                            _____
                                            DICKINSON R. DEBEVOISE
                                            U.S.S.D.J.