UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| MOHAMMED ANWO, | : | |
| a/k/a Traviale Speller, | : | Crim. No. 01-379(DRD) |
| | : | |
| Petitioner, | : | **O R D E R** |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Respondent. | : | |

For the reasons set forth in an opinion of even date;

It is this 6th day of March, 2009 **ORDERED** that Petitioner Mohammed Anwo's motion to reduce his sentence is denied.

    *s/ Dickinson R. Debevoise*
DICKINSON R. DEBEVOISE
U.S.S.D.J.